■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANNA L. MASIELLO, Appellant. — Appeal by defendant, as limited by her motion, from a sentence of the Supreme Court, Suffolk County, imposed January 18, 1980.

Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, J. P., Cohalan, Margett and O'Connor, JJ., concur.